USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 8/7/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MILAN HEGGS,

                Plaintiff,

      v.

CITY OF NEW YORK, *et al.*,

                Defendants.

18-CV-9709 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    As discussed at today's status conference, the parties shall file a revised proposed case management plan and scheduling order no later than August 14, 2020, which shall include a date by which Defendants will file their amended answer. No later than August 31, 2020, the parties shall file a joint status letter informing the Court as to the parties' views on whether a referral to Magistrate Judge Netburn for a settlement conference would be productive at that time. The joint status letter shall also update the Court on the status of any remaining Defendants who have not yet filed an appearance in this action.

SO ORDERED.

Dated:    August 7, 2020
            New York, New York

                                          Ronnie Abrams
                                          United States District Judge