```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  2/23/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MILAN HEGGS,                                              :
                                                         :
                              Plaintiff,                 :
                                                         :
              - against -                                :
                                                         :
CITY OF NEW YORK, et al.,                                :
                                                         :
                              Defendants.                :
-----------------------------------------------------------------X

18-CV-9709 (RA) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

        This matter has been referred to me for general pretrial purposes.  By **March 3, 2021**, the parties shall file a joint letter as to status and any issues requiring resolution or discussion with the Court.

                                        SO ORDERED.

                                        _____
                                        ROBERT W. LEHRBURGER
                                        UNITED STATES MAGISTRATE JUDGE

Dated:  February 23, 2021
        New York, New York

Copies transmitted this date to all counsel of record.