USDC SDNY
DOCUMENT
ELECTRONICALLY  FILED
DOC #:_____
DATE FILED:___3/10/2021___

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MILAN HEGGS,                                                    :
                                                               :      18-CV-9709 (RA) (RWL)
                                       Plaintiff,              :
                                                               :      **ORDER**
                    - against -                                :
                                                               :
CITY OF NEW YORK, et al.,                                       :
                                                               :
                                       Defendants.             :
-----------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

This Order addresses and resolves the issues raised by the parties at Dkt. 93 as well as at the Discovery Conference held on March 10, 2021:

1. Production re Defendant Ramos: Defendants shall not withhold document production regarding Defendant Ramos based on pendency of substitution of an estate entity.

2. Disciplinary records: Defendants shall produce disciplinary records for Defendants, both substantiated or unsubstantiated, for matters related to maltreatment (whether by commission or omission) of inmates, for the years 2010 to present.

3. Construction/renovations (RFP 19):  This request shall be limited to documents for the period 2012 through Plaintiff's release concerning any changes – whether considered, proposed, or actual – to the barriers complained of by Plaintiff.  This is without prejudice to a later application for the same documents post-Plaintiff's release in the event additional information warrants such production.

4. Complaints/demands (RFP 2):  By March 19, 2021, the parties shall meet and confer to arrive at a reasonable narrowing of this request.  The time period will be 2014

1

through Plaintiff's release, without prejudice to a later application for the same documents post-Plaintiff's release in the event additional information warrants such production. Defendants need not produce complaints/demands re inmates with urinary catheters separate and apart from wheelchair accessibility issues.

5. ADA training materials: Defendants shall produce ADA training materials in effect as of the dates of Plaintiff's incarceration and his release from incarceration.

6. ADA compliance reports (RFP 29): By March 17, 2021, Defendants shall submit to Chambers (by email) for in camera review the three ADA compliance reports discussed.

7. Motion to amend: Plaintiff's application to amend the Complaint to add four defendants is granted.  Plaintiff shall file the amended complaint by March 17, 2021.

8. By March 24, 2021, the parties shall meet and confer and file jointly with the Court a proposed revised case schedule.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated:  March 10, 2021
        New York, New York

Copies transmitted this date to all counsel of record.

2