```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
MILAN HEGGS,                                    :
                                                :           18-CV-9709 (RA) (RWL)
                        Plaintiff,              :
                                                :           ORDER
        - against -                             :
                                                :
CITY OF NEW YORK, et al.,                       :
                                                :
                        Defendants.             :
---------------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

The Court has reviewed the compliance reports submitted by Defendants for in camera review. The reports focus on progress in meeting the requirements of the voluntary compliance agreement ("VCA"), which Plaintiff already has. The reports do not directly address conditions existing at the time of or sufficiently relevant to Plaintiff's claims and appear to focus strictly on progress in meeting the terms of the VCA. Plaintiff brought this case individually and seeks relief in the form of damages, not an injunction. Accordingly, the Court has determined that the reports would not be sufficiently relevant to warrant production and that their production would not be proportional to the needs of the litigation. Defendants need not produce the compliance reports. Exhibits to the reports need be produced only to the extent they are otherwise responsive to document requests (as limited by the Court, as the case may be) other than the request for the compliance reports.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

1

Dated: March 12, 2021
       New York, New York

Copies transmitted this date to all counsel of record.