USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/26/2022

**BELDOCK LEVINE & HOFFMAN LLP**
99 PARK AVENUE, PH/26TH FLOOR
NEW YORK, N.Y. 10016

CYNTHIA ROLLINGS
JONATHAN MOORE
JONATHAN K. POLLACK
HENRY A. DLUGACZ
STEPHEN J. BLUMERT
MARC A. CANNAN
DAVID B. RANKIN
LUNA DROUBI
MYRON BELDOCK (1929-2016)
LAWRENCE S. LEVINE (1934-2004)
ELLIOT L. HOFFMAN (1929-2016)

TEL: (212) 490-0400
FAX: (212) 277-5880
WEBSITE: blhny.com

COUNSEL
BRUCE E. TRAUNER
PETER S. MATORIN
KAREN L. DIPPOLD
JEFFREY A. GREENBERG
MARJORY D. FIELDS
EMILY JANE GOODMAN
    (JUSTICE, NYS SUPREME COURT, RET.)
FRANK HANDELMAN

October 25, 2022

REF: 8328.0002

WRITER'S DIRECT DIAL:
(212) 277-5825

**VIA ECF**

Honorable Robert W. Lehrburger
United States District Court
Southern District of New York
500 Pearl St.
New York, New York 10007

Re:   *Milan Heggs v. The City of New York, et al.*, No. 18-CV-9709 (RA) (RWL)

Your Honor:

My office represents Milan Heggs in the above-captioned action. Plaintiff submits this letter to request an extension of the time to submit his fee application. This is the third request for this relief and this request is done on the consent of the defendants.

The parties have reached an agreement as to the amount of attorneys' fees. The defendants prepared the paperwork yesterday, and the parties are discussing the details of the release. We request two weeks for that purpose. If this request is granted, the stipulation would be due on November 8, 2022.

We thank the Court for its attention to this matter.

Respectfully submitted,

David B. Rankin

cc:   All counsel (by ECF)

SO ORDERED:
10/26/2022
HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE