# BELDOCK LEVINE & HOFFMAN LLP
### 99 PARK AVENUE, PH/26TH FLOOR
### NEW YORK, N.Y. 10016

CYNTHIA ROLLINGS
JONATHAN MOORE
JONATHAN K. POLLACK
HENRY A. DLUGACZ
STEPHEN J. BLUMERT
MARC A. CANNAN
DAVID B. RANKIN
LUNA DROUBI
MYRON BELDOCK (1929-2016)
LAWRENCE S. LEVINE (1934-2004)
ELLIOT L. HOFFMAN (1929-2016)

TEL: (212) 490-0400
FAX: (212) 277-5880
WEBSITE: blhny.com

COUNSEL
BRUCE E. TRAUNER
PETER S. MATORIN
KAREN L. DIPPOLD
JEFFREY A. GREENBERG
MARJORY D. FIELDS
EMILY JANE GOODMAN
  (JUSTICE, NYS SUPREME COURT, RET.)
FRANK HANDELMAN

REF: 8328.0002

WRITER'S DIRECT DIAL:
(212) 277-5825

November 8, 2022

**VIA ECF**

Honorable Robert W. Lehrburger
United States District Court
Southern District of New York
500 Pearl St.
New York, New York 10007

Re: *Milan Heggs v. The City of New York, et al.*, No. 18-CV-9709 (RA) (RWL)

Your Honor:

My office represents Milan Heggs in the above-captioned action. Plaintiff submits this letter to request an extension of the time to submit his fee stipulation until November 18th.

The parties have reached an agreement as to the terms of the fee stipulation, but the defendants' attorney is out of town and cannot approve the final language. I understand he will return on the 15th of November. Presently, the time for this fee application is today. Should this application be granted the time for plaintiff to submit a fee application would be November 18th.

We thank the Court for its attention to this matter.

Respectfully submitted,

David B. Rankin

cc: All counsel (by ECF)

Granted.
SO ORDERED:
11/9/2022

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE